FELONY



**FILED**
**12/4/2025**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:25-cr-00773
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey T. Gilbert
RANDOM/Cat. 4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Luis Uribe | Yes | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **No**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Civil Rights IV**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **Title 18, United States Code, Sections 242 and 924(c)(1)(A)(ii)**

Assistant United States Attorney(s): **Jonathan L. Shih**

Contact Person and Phone Number: **Jonathan L. Shih, (312) 353-5361**