# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                    Case No.: 1:25−cr−00773

                                                                   Honorable Elaine E. Bucklo

Luis Uribe

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 15, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Detention hearing as to Luis Uribe held on 12/15/2025. For the reasons stated in open court, the Government's oral motion for pretrial detention [Dkt. 6] is granted and the Defendant&#0;39;s motion in support of pretrial release [12] is denied. Defendant shall remain in custody pending further order of the Court. Written Order to follow. Mailed notice. (jcc,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.