**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **No. 25 CR 773** |
| | ) | |
| | ) | **Hon. Jorge Alonso** |
| LUIS URIBE | ) | |

**DEFENDANT'S MOTION TO APPOINT SECOND ATTORNEY**
**UNDER THE CRIMINAL JUSTICE ACT**

NOW COMES the defendant, Luis Uribe, by and through his attorney, Michael F. Clancy, and respectfully moves this Honorable Court to appoint a second attorney under the Criminal Justice Act. In support of this motion, the defendant states as follows:

1. Uribe is charged in a twelve-count indictment with ten alleged violations of Title 18, United States Code, Section 242, and one violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2. A jury trial in this case is presently scheduled for September 8, 2026, and is expected to last two weeks.

3. Discovery in this case is extensive, and the Government will be calling numerous witnesses at trial. Additionally, the Government recently disclosed an expert it intends to call at trial.

4. The defense will not be able to adequately prepare for trial and represent the defendant at trial without the assistance of an additional attorney.

5. Panel attorney William Stanton has been contacted, is available for trial, and is willing to diligently get up to speed on this case in order to be prepared to serve as second chair for the trial in September.

WHEREFORE, based on the foregoing, the defense respectfully moves this Honorable Court pursuant to the Criminal Justice Act to appoint a second attorney for the defendant.

Respectfully submitted,

s/ Michael F. Clancy

MICHAEL F. CLANCY
53 W. Jackson Blvd., Suite 1401
Chicago, IL 60604
(312) 427-0288