**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:25−cr−00773
Honorable Jorge L. Alonso

Luis Uribe

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Pretrial conference held. For the reasons stated on the record, the Government's Consolidated Motions in limine [36] are granted in part and denied in part. Defendant's Motion to exclude opinions of Government's expert Rochelle Keyhan [37] is denied without prejudice. Defendant's Motion to exclude prejudicial testimony in the form of hearsay, reputation or propensity evidence [38] is granted. Defendant's Motion to exceed page limit [50] is granted. The Government's Motion to file supplement under seal instanter [53] is granted. Defendant's Motion to dismiss the indictment with prejudice or, in the alternative, for disclosure of grand jury materials and an evidentiary hearing [48] is entered and continued. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.