UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS URIBE | No. 25 CR 773<br><br>Judge Jorge L. Alonso |

**TRIAL STIPULATIONS**

The UNITED STATES OF AMERICA, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, through Assistant United States Attorneys JONATHAN L. SHIH and RICHARD M. ROTHBLATT, and the defendant, LUIS URIBE, individually and through his attorneys MICHAEL CLANCY and WILLIAM STANTON, hereby agree and stipulate as follows:

**Stipulation 1 (Keith Pellerin)**

If called to testify, Keith Pellerin, would testify that he is employed as a Special Agent for the Federal Bureau of Investigation ("FBI"). Special Agent Pellerin is currently assigned to the Boston Division of the FBI, and in September 2024, Special Agent Pellerin was assigned to the New York Field Division of the FBI.

Special Agent Pellerin would further testify that on September 19, 2024, he and another FBI agent met with Hong Xiang Jiang a/k/a "Tina" at a location in New York City. There, Special Agent Pellerin collected a buccal swab from Hong Xiang Jiang, which was collected through the swabbing of the inside of her cheek. The buccal swab was later placed into evidence at the FBI under case number CG-3758292, Item number 11, which is a unique item number assigned to the buccal swab. The buccal swab was placed into a tamper-proof evidence bag, and was later provided to the FBI laboratory for forensic testing. Government Exhibit 410 contains the buccal swab taken from Hong Xiang Jiang a/k/a "Tina" on September 19, 2024.

**Stipulation 2 (Kelsey Ruddick)**

If called to testify, Kelsey Ruddick, a Biologist/Forensic Examiner with the DNA Casework Unit with the FBI Laboratory in Quantico, Virginia, would testify as an expert in the field of DNA analysis.

Ms. Ruddick would testify that DNA is a unique genetic blueprint that can be found from a human's blood, saliva, hair, skin cells, and semen. DNA can be transferred to an object when two items come into contact with one another. As part of the forensic examination of DNA, the FBI laboratory compares knowns samples from persons of interest to samples taken from evidence in a case.

In this case, the FBI collected buccal swabs from defendant Luis Uribe on September 9, 2024, which is Government Exhibit 406, and Hong Xiang Jiang a/k/a "Tina" on September 19, 2024, which is Government Exhibit 410. Ms. Ruddick would testify about the FBI laboratory's analysis of several items the FBI received from the Schaumburg Police Department, including a sheet (Item 2 or Government Exhibit 402), a pillow case (Item 3), a second pillow case (Item 4), and a sheet (Item 5 or Government Exhibit 404). Government Exhibit 301 reflects laboratory photographs of Government Exhibits 402 and 404.

Ms. Ruddick would further testify that the FBI laboratory cut portions of Government Exhibits 402 and 404 for further testing and that the FBI laboratory applied heat and chemicals to Government Exhibits 402, 404, 406, and 410 to break open the collected cells and form a solution containing DNA that is suitable for further testing.

Ms. Ruddick would further testify that, after a serology test, semen was indicated on Government Exhibits 402 and 404. Male and female DNA was obtained from Government Exhibits 402 and 404. Testing of Government Exhibits 402 and 404 for sperm cells was negative. The results of the FBI Laboratory's serology and sperm cells testing of Government Exhibits 402 and 404 were consistent with male semen from a vasectomized male.

The DNA results from Government Exhibit 402 are 97 sextillion times more likely if defendant, Jiang, and an unknown, unrelated person are contributors than if Jiang and two unknown, unrelated people are contributors, which indicates very strong support for inclusion of defendant's DNA on Government Exhibit 402.

The DNA results from Government Exhibit 404 are 51 sextillion times more likely if defendant, Jiang, and an unknown, unrelated persons are contributors than if Jiang and two unknown, unrelated people are contributors, which indicates very strong support for inclusion of defendant's DNA on Government Exhibit 404.

Sextillion is a 1 followed by 27 0s (1,000,000,000,000,000,000,000,000). Therefore, the DNA results for Government Exhibit 402 reflect a likelihood ratio of 97,000,000,000,000,000,000,000,000, and the DNA results for Government Exhibit 404 reflect a likelihood ratio of 51,000,000,000,000,000,000,000,000.

Government Exhibits 301, 402, and 404 are offered into evidence without objection.

**Stipulation 3 (Wei Bao Guo)**

If called to testify, Wei Bao Guo would testify that he is employed as a manager at the Royal Buffet, located at 31 Golf Center, Hoffman Estates, Illinois, and that his responsibilities include maintaining and retrieving records of Royal Buffet.

Wei Bao Guo would further testify that the Royal Buffet was an Asian-style buffet that was in operation in 2022. The buffet accepts credit cards and cash, and the buffet generates receipts at the time of payment. Typically, receipts are generated while diners are eating at the restaurant. Booths and tables at the Royal Buffet are coded with a specific letter and number combination, which are unique at the restaurant.

Wei Bao Guo would further testify that he has reviewed Government Exhibit 305, and that he recognizes the upholstery and food as consistent with the Royal Buffet in 2022. Additionally, based on the photograph, Wei Bao Guo recognizes the booth as either booth C-6 or D-15.

Wei Bao Guo would further testify that Government Exhibit 113 is a true and correct copy of original documents kept by Royal Buffet, and (1) that the exhibits were made by a person with knowledge of, or made with information transmitted by a person with knowledge of, the acts or events appearing on the records; (2) that the records were made at or near the time of the acts or events appearing on the records; (3) that it was the regular practice of Royal Buffet to make such records; and (4) that the records were kept in the ordinary course of the regularly conducted activities of Royal Buffet. Government Exhibit 113 is offered into evidence without objection.

Government Exhibit 113 is a receipt generated at around 12:39 P.M. on March 23, 2022 paid in cash with three adult diners.

STIPULATED AND AGREED THIS DATE: 9/11/26

JONATHAN SHIH
Assistant United States Attorney

RICHARD M. ROTHBLATT
Assistant United States Attorney

LUIS URIBE
Defendant

MICHAEL CLANCY
Counsel for Luis Uribe

William Stanton
WILLIAM STANTON
Counsel for Luis Uribe